UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Michael R. Donlon</u>

        v.                                          Civil No. 10-cv-559-PB

<u>Hillsborough County Department</u>
<u>of Corrections, Superintendent, et al</u>


<u>O R D E R</u>

      I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 8, 2011, no objection having been filed, for the reasons set forth therein.

The motion for preliminary injunction (doc. no. 9) is denied without prejudice.


      SO ORDERED.



March 15, 2011                                       <u>/s/ Paul Barbadoro</u>
                                                      Paul Barbadoro
                                                      United States District Judge


cc:     Counsel of Record
        Michael R. Donlon, Pro Se