UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Michael R. Donlon</u>

              v.                             Civil No. 10-cv-559-PB

<u>Hillsborough County Department
of Corrections, Superintendent, et al</u>


O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 4, 2011, for the reasons set forth therein. The remaining defendant, Dr. Matthew Masewic, shall respond to the complaint on or before May 16, 2011.


SO ORDERED.



March 28, 2011                                    <u>/s/ Paul Barbadoro</u>
                                                     Paul Barbadoro
                                                     United States District Judge


cc:    Counsel of Record
        Michael R. Donlon, Pro Se