UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Michael R. Donlon</u>

    v.                        Civil No. 10-cv-559-PB

<u>Matthew Masewic</u>

<u>O R D E R</u>

On June 2, 2011, a preliminary pretrial conference was held in this case.  The plaintiff, Michael R. Donlon, appeared pro se; Sarah S. Murdough, Esquire, appeared for the defendant.

The court approves the proposed Joint Discovery Plan (document no. 42) with the following amendments:

> **Interrogatories:**  A maximum of 50 interrogatories (including subparts) by each party to any other party.  Responses due 30 days after service unless otherwise agreed to pursuant to Fed. R. Civ. P. 29.
>
> **Dates of disclosure of Experts and Experts' Written Reports and Supplementations:**  Plaintiff's disclosure due on or before December 1, 2011; defendant's disclosure due on or before February 15, 2012.
>
> **Amendment of Pleadings:**  October 1, 2011.
>
> **Dispositive Motions:** Motions to Dismiss due on or before August 31,2011; Motions for Summary Judgment due on or before March 12, 2012.

The parties concurred with respect to each of the aforementioned amendments.

                                                  _____
                                                  Landya B. McCafferty
                                                  United States Magistrate Judge

Date: June 3, 2011

cc:   Michael R. Donlon, pro se
      Sarah S. Murdough, Esq.