UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE


**Michael R. Donlon**

         v.                              Civil No. 10-cv-559-PB

**Hillsborough County Department
of Corrections, Superintendent, et al**


                              **O R D E R**


   I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 21, 2012, no objection having been filed. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));  see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific

objection to magistrate's report will waive the right to appeal). The Clerk shall enter judgment and close the case.

SO ORDERED.

June 11, 2012              /s/ Paul Barbadoro
                           Paul Barbadoro
                           United States District Judge


cc: Michael Donlon, Pro Se
    Sarah S. Murdough, Esq.